IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>HOPE CENTER MINISTRIES,<br><br>Defendant. | CV 24-36-H-KLD<br><br><br>ORDER |

Defendant Hope Center Ministries has filed a motion for leave to file the exhibits to its statement of undisputed facts under seal. (Doc. 35). Having determined based on a review of Defendant's statement of undisputed facts that there is good cause to seal Defendant's exhibits,

IT IS ORDERED that Defendant's motion (Doc. 35) is GRANTED. Defendant may file the exhibits to its statement of undisputed facts under seal.

DATED this 17th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge