IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JANE DOE, | CV 24-36-H-KLD |
| Plaintiff, | |
| vs. | ORDER |
| HOPE CENTER MINISTRIES, | |
| Defendant. | |

Plaintiff Jane Doe has filed a motion for leave to file Exhibits 1-4 to her statement of disputed facts under seal. (Doc. 40). Having determined based on a review of Plaintiff's statement of disputed facts that there is good cause to seal Plaintiff's exhibits,

IT IS ORDERED that Plaintiff's motion (Doc. 40) is GRANTED. Plaintiff may file Exhibits 1-4 to her statement of disputed facts under seal.

DATED this 5th day of March, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1