IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JANE DOE, | CV 24-36-H-KLD |
| Plaintiff, | |
| vs. | ORDER |
| HOPE CENTER MINISTRIES, | |
| Defendant. | |

Pursuant to the Court's prior orders (Docs. 53, 56), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 57). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 17th day of July, 2026.

Kathleen L. DeSoto
United States Magistrate Judge